CASE NO. 14-15700

IN THE UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE NINTH CIRCUIT

S. ROWAN WILSON,

Plaintiff-Appellant,

v.

ERIC HOLDER, as Attorney General of the United States; THE U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; B. TODD JONES, as Acting Director of the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives; ARTHUR HERBERT, as Assistant Director of the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives; and THE UNITED STATES OF AMERICA,

Defendants-Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT,
DISTRICT COURT OF NEVADA

**PLAINTIFF S. ROWAN WILSON'S MOTION TO EXCEED PAGE LIMITS**

Rainey Legal Group PLLC
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
Chaz@raineylegal.com
JENNIFER J. HURLEY, ESQ.
Nevada Bar No. 11817
Jennifer@raineylegal.com
9340 West Martin Avenue
Las Vegas, Nevada 89148
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734
Attorneys for Plaintiff/Appellant

Pursuant to Ninth Circuit Rule 32-2, Appellant respectfully seeks the Court's leave to file an Opening Brief in excess of the thirty pages allotted by rule for Briefs. Specifically, Appellant respectfully requests the Court's leave to file an Opening Brief of 54 pages in length. This request is justified by the District Court's 27-page Order. *See* Doc. No. 49. Appellant has made diligent efforts to reduce the length of the Opening Brief but simply cannot address all issues raised by the District Court's Order in 30 pages.

This case involves novel issues surrounding the ability of persons complying with State medical marijuana laws to legally obtain and possess firearms. Appellant submits that this case raises numerous momentous issues, both legal and factual, of overriding importance not only to the parties, but to the People of Nevada and to the Nation at large. Appellant respectfully submits that a 54-page Opening Brief is warranted to address these matters fairly and efficiently. Appellant therefore request leave to file an Opening Brief that is 54 pages in length.

DATED: July 21, 2014.    Respectfully Submitted by:

/s/Charles C. Rainey_____
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
Chaz@raineylegal.com
JENNIFER J. HURLEY, ESQ.
Nevada Bar No. 11817
Jennifer@raineylegal.com
9340 West Martin Avenue
Las Vegas, Nevada 89148
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734
Attorneys for Plaintiff/Appellant

# CERTIFICATE OF SERVICES

I, Jennifer J. Hurley, an employee of Rainey Legal Group PLLC, certify that the following individuals were served with the foregoing **PLAINTIFF S. ROWAN WILSON'S MOTION TO EXCEED PAGE LIMITS**, on this date by the below identified method of service:

    Electronic Case Filing

    TONY WEST
    DANIEL G. BOGDEN
    SANDRA SCHRAIBMAN
    ALICIA N. ELLINGTON
    JOHN K. THEIS
    Trial Attorneys, Federal Programs Branch
    United States Department of Justice, Civil Division
    20 Massachusetts Ave, N.W. Rm 7226
    Washington, DC 20530

    Zachary Richter
    Trial Attorney, Constitutional Torts Staff
    United States Department of Justice, Civil Division
    P.O. Box 7146, Ben Franklin Station
    Washington, DC 20044


    DATED this 21st day of July 2014.

                                          /s/ Jennifer J. Hurley_____
                                          An employee of Rainey Legal Group PLLC