Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

9th Cir. No. 14-15700

Case Name: Wilson v. Holder

The Clerk will enter my appearance as counsel on behalf of: Holder, Jones, Herbert, ATF, United States

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Appellant/Cross-Appellee
☒ Appellee ☐ Respondent ☐ Intervenor ☐ Appellee/Cross-Appellant

Lead counsel must be designated if a party is represented by more than one attorney or law firm.
☒ Check if you are lead counsel

☐ (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm)

I am replacing (name of counsel):

Signature: s/ Abby C. Wright
Date: Jul 22, 2014
Name: Abby Christine Wright
Address: 950 Pennsylvania Ave. NW, Rm. 7252

City: Washington    State: DC    Zip Code: 20003
Phone Number (for ex., 4153558000): (202) 514-0664