CASE NO. 14-15700

IN THE UNITED STATES CIRCUIT COURT OF APPEALS
FOR THE NINTH CIRCUIT


S. ROWAN WILSON,

Plaintiff-Appellant,

v.

ERIC HOLDER, et al.,

Defendants-Appellees.


APPEAL FROM THE UNITED STATES DISTRICT COURT,
DISTRICT COURT OF NEVADA


# MOTION TO FILE CORRECTED OPENING BRIEF OF PLAINTIFF S. ROWAN WILSON

RAINEY LEGAL GROUP PLLC
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
Chaz@raineylegal.com
JENNIFER J. HURLEY, ESQ.
Nevada Bar No. 11817
Jennifer@raineylegal.com
9340 West Martin Avenue
Las Vegas, Nevada 89148
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734
Attorneys for Plaintiff/Appellant

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1. On July 21, 2014, Plaintiff-Appellant S. Rowan Wilson hereby submitted Appellant's Opening Brief.

2. He Opening Brief, as filed, contained a number of formatting errors in as well as errors in citations to the Excerpts of Record and in pinpoint citations to legal authority

3. Counsel inadvertently omitted these citations from the Opening Brief and inadvertently neglected to properly format the Table of Contents and Table of Authorities prior to submitting the Opening Brief.

4. Counsel seeks to correct these errors by filing a corrected Opening Brief. The proposed corrected Opening Brief is attached hereto.

5. The Table of Contents has been properly formatted as have all citations in the Table of Authorities. No additional legal authorities have been added to the Table of Authorities.

6. Corrections to citations have been made to footnotes 1, 5, 21, 22, 50, 51, 59, 63, 68, 70, 71, 73, 74, 75, 76, 79, 86, 87, 88, 96, 98, 100, 101, 103 107, 131, 134, 135, 137. Again, no legal authorities were added but improperly formatted citations were merely corrected.

7. The Compliance Statement was updated with the corrected word count, lines of text, and number of pages.

8. There were no other changes to the Brief, and the wording of all substantive sections remains exactly the same as in the original January 21 filing, with the exception of the corrections set forth above.

WHEREFORE, the Plaintiff/Appellant respectfully requests that this Motion for leave to file the corrected brief be granted.

Dated: August 15, 2014

Respectfully Submitted:

/s/Jennifer J. Hurley

RAINEY LEGAL GROUP PLLC
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
Chaz@raineylegal.com
JENNIFER J. HURLEY, ESQ.
Nevada Bar No. 11817
Jennifer@raineylegal.com
9340 West Martin Avenue
Las Vegas, Nevada 89148
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734
Attorneys for Plaintiff/Appellant

\

## Certificate of Service

I hereby certify that on this 15th day of August, 2014, an electronic PDF of this **MOTION TO FILE CORRECTED OPENING BRIEF OF PLAINTIFF S. ROWAN WILSON** was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in this case. Such notice constitutes services on those registered attorneys.

Dated: August 15, 2014

Respectfully Submitted:

/s/Jennifer J. Hurley

Rainey Legal Group PLLC
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
Chaz@raineylegal.com
JENNIFER J. HURLEY, ESQ.
Nevada Bar No. 11817
Jennifer@raineylegal.com
9340 West Martin Avenue
Las Vegas, Nevada 89148
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734
Attorneys for Plaintiff/Appellant