

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| S. ROWAN WILSON,<br><br>          Plaintiff - Appellant,<br><br> v.<br><br>ERIC H. HOLDER, Jr., Attorney General; et al.,<br><br>          Defendants - Appellees. | No. 14-15700<br><br>D.C. No. 2:11-cv-01679-GMN-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The appellant's motion for leave to file a corrected opening brief is granted. The Clerk shall strike the opening brief filed July 22, 2014 and file the opening brief submitted August 15, 2014.

Appellant remains obligated to file the paper copies of the excerpts of record.

          For the Court:

          MOLLY C. DWYER
          Clerk of the Court:

          Cathie A. Gottlieb
          Deputy Clerk
          Ninth Cir. R. 27-7/Advisory Note to Rule 27
             and Ninth Circuit 27-10

Cag/8/11/14/Pro Mo