UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| S. ROWAN WILSON, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General; et al., <br><br> Defendants - Appellees. | No. 14-15700 <br><br> D.C. No. 2:11-cv-01679-GMN-PAL <br> U.S. District Court for Nevada, Las Vegas <br><br> ORDER |

The Court has reviewed the excerpts of record submitted on August 28, 2014. Within 7 days of this order, appellant is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Wayne Price
Deputy Clerk