

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W., Rm. 7252
Washington, D.C. 20530-0001

MSR:ACWright

Abby C. Wright
Abby.Wright@usdoj.gov

Tel: (202) 514-0664
Fax: (202) 514-8151

March 25, 2016

VIA CM/ECF

Ms. Molly C. Dwyer
Clerk, United States Court of Appeals
 for the Ninth Circuit
United States Courthouse
95 7th Street,
San Francisco, CA 94103

      Re:    *Wilson v. Lynch*, No. 14-15700

Dear Ms. Dwyer

     I write this letter in response to the Court's notice of March 24, 2016, indicating that this case is being considered for argument in San Francisco during July. During the week of July 4th, I will be traveling for a prearranged family trip to visit extended family, including my newborn nephew. I will be available for argument in San Francisco during July 18-22, or during August or September.

                                              Sincerely,

                                              *s/ Abby C. Wright*
                                              Abby C. Wright
                                              Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2016, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

s/ <i>Abby C. Wright</i><br>
Abby C. Wright