

388 Market Street, Ste. 1300, San Francisco, CA 94111  •  45 Rockefeller Plaza, 20th Fl., New York, NY 10111
9340 W. Martin Avenue, 2nd Fl., Las Vegas, NV 89148

PHONE: +1.415.578.4600
FAX: +1.888.867.5734
info@raineylegal.com

26 March 2016

*SENT VIA ELECTRONIC MAIL AND FIRST CLASS MAIL*

Ms. Molly C. Dwyer
Clerk, U.S. Ct of Appeals - Ninth Circuit
95 7th Street,
San Francisco, CA 94103

      RE:      ***WILSON v. LYNCH, NO. 14-15700***

Ms. Dwyer,

      This letter is to inform the court of my availability for the possible oral argument in the above referenced case. While I can make myself available for either the July 5-8 session or July 18-22 session, I would prefer the session of July 18-22. Also, based on the letter filed by opposing counsel on March 24, 2016, it appears that opposing counsel also prefers the July 18-22 session. If, for any reason, the court is unable to schedule oral arguments for that second session in July, I am happy to make myself available for any of the sessions in August or September.

      Sincerely,
      RAINEY LEGAL GROUP

/s/ *[signature]*
*Chaz Rainey, Esq./MBA/LL.M.*
*Licensed in California, New York, Nevada, Texas,*
*and the District of Columbia*